IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                   4:08CR00237-01-BRW

MARZUES SCOTT

## ORDER

Pending is the Motion for Summons (Doc. No. 48) in the above styled matter. The Motion is GRANTED and the Clerk's office is directed to prepare and issue a summons for the defendant, Marzues Scott. A revocation hearing is set for Friday, January 18, 2013 at 10:30 A.M. before the Honorable Billy Roy Wilson, in Courtroom #A401, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas.

Christophe A. Tarver, Assistant Federal Public Defender, is appointed to represent Mr. Scott.

IT IS SO ORDERED this 20th day of September, 2012.

                                                  s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE

ordsumms.wpd