IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                            NO. 4:08-CR-00237-01 BRW

MARZUES SCOTT                                                                         DEFENDANT

## ORDER

Assistant Federal Public Defender Christophe A. Tarver orally moved the Court for psychiatric evaluation and any necessary treatment during the final supervised release revocation hearing as to Defendant Marzues Scott. Without objection, the motion for psychiatric evaluation is granted. The issue regarding any necessary treatment will be evaluated and addressed following receipt of the mental-evaluation report.

Accordingly, Marzues Scott is committed to the custody of the United States Marshals Service to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed. The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Marzues Scott's facility designation. Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 26th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE